## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LORRAINE ASSOCIATES, LLC,**<br>**Plaintiff,**<br><br>v.<br><br>**DORCHESTER INSURANCE COMPANY, TOPA INSURANCE SERVICES, INC., and TOPA INSURANCE COMPANY, INC.**<br>**Defendant.** | CIVIL CASE NO: 2:19-cv-06124-PBT<br><br>CIVIL ACTION |

### NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that no responsive pleading having been filed, Plaintiff Lorraine Associates, LLC hereby dismisses this action pursuant to Rule 41(a)(1).

**HANKIN SANDMAN PALLADINO, WEINTROB & BELL, PC**
Counsellors at Law
A Professional Corporation

Date:  July 29, 2020

/s/ Colin G. Bell [CGB9170]
Colin G. Bell, Esq.
Attorney ID # 323217
30 S. New York Avenue
Atlantic City, NJ 08401
(609)-344-5161
coling@hankinsandman.com